970

No. 1538, Misc.   SEVERA v. U. S. CIVIL SERVICE COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied. *Solicitor General Griswold* for respondents.

No. 1539, Misc.   BAILEY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 1544, Misc.   ZELL v. NELSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1545, Misc.   MURRAY v. DICKSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 1549, Misc.   MEREDITH v. LANE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 1550, Misc.   CLARK v. PAYNE.   C. A. 3d Cir.   Certiorari denied.

No. 1560, Misc.   RHODES v. FITZHARRIS, TRAINING FACILITY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 1562, Misc.   DAVIDSON v. BOLES, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 1565, Misc.   HICKS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1582, Misc.   VASQUEZ v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.